## FARMERS NAT. BANK OF CUSHING v. BASIL, County Treasurer.

No. 22013. Opinion Filed Feb. 14, 1933.

Brown & Stater, for plaintiffs in error.

Ernest F. Jenkins, County Attorney, for defendant in error.

PER CURIAM. Under the authority of rule 5, 87 Okla. xix, and the doctrine of Atchison, Topeka & Santa Fe Ry. Co. v.

Johnson, 85 Okla. 161, 204 P. 910, the appeal herein is dismissed.